UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Brenda Rodriguez, | § | Case No. 5:16-cv-01213-DAE |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **NOTICE OF SETTLEMENT** |
| | § | |
| United Collection Bureau, Inc., | § | |
| | § | |
| Defendant. | § | |

Now comes Plaintiff, through counsel, to notify the Court that the parties have reached a settlement. The parties are currently working on facilitating the settlement. Plaintiff expects to dismiss this case within sixty days.

                                                                         RESPECTFULLY SUBMITTED,

                                                                         Hyslip & Taylor, LLC, LPA

Date:  February 21, 2017                  By:  s/ Jeffrey S. Hyslip____
                                                                         Jeffrey S. Hyslip, Esq.
                                                                             Ohio Bar No. 0079315
                                                                             1100 W. Cermak Rd., Suite B410
                                                                             Chicago, IL  60608
                                                                             (P) 312-380-6110
                                                                             (F) 312-361-3509
                                                                             (E) jeffrey@lifetimedebtsolutions.com
                                                                             Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 21, 2017, I electronically filed the foregoing Notice.

Service of this filing will be made by the Court's CM/ECF System upon the following:


Robbie Malone
Eugene Xerxes Martin, IV
MALONE AKERLY MARTIN PLLC
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, TX  75231

*Counsel for Defendant*

                                                        s/ Jeffrey S. Hyslip