UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| BRENDA RODRIGUEZ, § | Case No. 5:16-cv-01213-DAE |
| § | |
| Plaintiff, § | |
| § | |
| v. § | **STIPULATION OF DISMISSAL** |
| § | **WITH PREJUDICE** |
| UNITED COLLECTION BUREAU, INC., § | |
| § | |
| Defendant. § | |

Now come the parties, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismiss the present action with prejudice, each party to bear its own fees and costs.

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| HYSLIP & TAYLOR, LLC, LPA | TROUTMAN SANDERS LLP |
| By: /s/ Jeffrey S. Hyslip | By: /s/ Ethan G. Ostroff |
| Jeffrey S. Hyslip, Esq. | Ethan G. Ostroff, Esq. |
| Ohio Bar No. 0079315 | Virginia Bar No. 71610 |
| 1100 W. Cermak Rd., Suite B410 | 222 Central Park Avenue, Suite 2000 |
| Chicago, IL 60608 | Virginia Beach, VA 23462 |
| Telephone: 312-380-6110 | Telephone: 757-687-7541 |
| Fax: 312-361-3509 | Fax: 757-687-7510 |
| Email: jeffrey@lifetimedebtsolutions.com | Email: ethan.ostroff@troutmansanders.com |
| *Attorney for Plaintiff* | *Pro Hac Vice Attorney for Defendant* |

Dated: March 13, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2017, I electronically filed the foregoing Stipulation through the court's CM/ECF system, which will perfect service upon the following:


Ethan G. Ostroff, Esq.
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA  23462

*Pro Hac Vice Counsel for Defendant*

AND

Robbie Malone, Esq.
Eugene Xerxes Martin, IV, Esq.
MALONE AKERLY MARTIN PLLC
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, TX  75231

*Local Counsel for Defendant*

/s/ Jeffrey S. Hyslip

2